ORIGINAL

FILED
NOV - 1 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Precision Lift, Inc.** )
)
**Plaintiff** )
)
**v.** ) **No.** 07-762 C
)
**The United States** )
)
**Defendant** )

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to **Rule 65(b)**, **Federal Rule of Civil Procedure**, Plaintiff, **Precision Lift, Inc.**, ("PLI"), respectfully moves that this Court enter a Temporary Restraining Order restraining Defendant, **The United States of America**, and each and all of its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any of the foregoing, from awarding on any contract arising from Solicitation W58RGZ-07-R-0260 ("the Solicitation") for helicopter maintenance platforms for a period of ten (10) days, or until this Court has determined PLI's Motion Preliminary Injunction. This Motion is supported by the Declaration of PLI's President John Tollenaere and the Memorandum of Law in support of this Motion.

The grounds for this Motion are that the decision of the Small Business Administration Area Office ruling PLI ineligible for award of a contract is not rationally based. While PLI has appealed that decision to the SBA Office of Hearings And Appeals, award of a contract prior to a decision will moot that appeal. PLI will thus be irreparably harmed if the contract is awarded before the Court has an opportunity to determine the merits of its Motion for a Preliminary Injunction; that no other party

has suffered or will suffer any harm if the award is deferred for a short time; and that its is in the public interest that the Court have the opportunity to decide the issues.

A form of proposed Temporary Restraining Order is attached hereto.

**WHEREFORE**, it is respectfully submitted that a **Temporary Restraining Order** should be issued.

Respectfully submitted,

Marc Lamer

**MARC LAMER**
Attorney for Plaintiff
Precision Lift, Inc.

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: October 31, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Precision Lift, Inc.** | : | |
| **Plaintiff** | : | **No.** |
| **v.** | : | |
| **THE UNITED STATES** | : | |
| **Defendant.** | : | |

**Statement Pursuant to Rule 65(f)**

I hereby certify that I have caused to have been delivered, via overnight delivery, two (2) copies of the foregoing Complaint; proposed Temporary Restraining Order, Motion for Temporary Restraining Order; Motion for Preliminary Injunction; Memorandum Of Law and Declaration of John Tollenaere this 3[1st] day of October, 2007, to the Commercial Litigation Branch, U.S. Department of Justice.

Respectfully submitted,

Marc Lamer

**MARC LAMER**
**Attorney for Plaintiff**
**Precision Lift, Inc.**

**Kostos and Lamer, P.C.**
**1608 Walnut Street, Suite 1300**
**Philadelphia, PA 19103**
**(215) 545-0570**