ORIGINAL

FILED
NOV 1 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Precision Lift, Inc.** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No.** 07-762 C |
| | ) | |
| **The United States** | ) | |
| | ) | |
| **Defendant** | ) | |

**MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to **Rule 65(a)**, **Federal Rules of Civil Procedure**, Plaintiff, **Chant Engineering Co.**, **Inc**., ("Chant"), respectfully moves for this Court to enter a **Preliminary Injunction** enjoining Defendant, **The United States of America**, and each and all of its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any of the foregoing, from taking any steps to award a contract for helicopter maintenance platforms under Solicitation W58RGZ-07-R-0260, pendente lite, until this Court renders a final judgment in this matter.

This Application is supported by the Declaration of John Tollenaere, PLI's President, and the attachments thereto, as well as the legal Memorandum in Support of this Motion and the Motion for a Temporary Restraining Order. The grounds of this Motion, as set forth in those documents, are that PLI has shown a strong likelihood of ultimately succeeding on the merits, that award of the contract prior to a decision on PLI's Size Appeal would be arbitrary, capricious, and contrary to law; and that the balance of harm and the public interest support the granting of

the relief sought. In those circumstances, Chant is entitled injunctive relief, See FMC Corp. v. United States, 3 F.3d 424, 427 (Fed. Cir. 1993).

Respectfully submitted,

**MARC LAMER**
Attorney for Plaintiff
Precision Lift, Inc.

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: October 31, 2007