# In the United States Court of Federal Claims

**07-762C**

**Filed: November 1, 2007**

**PRECISION LIFT, INC.**

**v.**

**THE UNITED STATES**

**Exhibits A-Q**
**Plaintiffs Memorandum of Law in Support**
**of its Motion for a Temporary Restraining Order**
**and Application for a Preliminary Injunction**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.