IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-762C

(Filed: November 1, 2007)

PRECISION LIFT, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court in this pre-award bid protest is plaintiff's application for a temporary restraining order ("TRO") to restrain defendant from awarding any contract arising from Solicitation W58RGZ-07-R-0260 for helicopter maintenance platforms. Plaintiff's application for a TRO was filed on November 1, 2007.

The court will hold a hearing on plaintiff's application for a TRO tomorrow, November 2, 2007, at 11:00 a.m. at the National Courts Building in Washington, D.C.

The court requests that the parties additionally be prepared to address the topics identified in Appendix C, ¶ 8 of the Rules of the United States Court of Federal Claims.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge