IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-762C

(Filed: November 2, 2007)

PRECISION LIFT, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court in this pre-award bid protest is plaintiff's application for a temporary restraining order ("TRO") to restrain defendant and, specifically, the Department of the Army, from awarding any contract arising from Solicitation W58RGZ-07-R-0260 for helicopter maintenance platforms. Plaintiff seeks an order barring any award prior to a decision by the Small Business Administration's ("SBA") Office of Hearings and Appeals on plaintiff's appeal from a determination by one of SBA's area offices that plaintiff was "other than small" for purposes of the Solicitation.

At a hearing held today, November 2, 2007, counsel for defendant represented that for several reasons the Army will not make a contractual award prior to a ruling by SBA's Office of Hearings and Appeals on plaintiff's pending appeal. In light of that representation, the parties have agreed that the application for a TRO has become unnecessary. Accordingly, plaintiff's application is DENIED as moot.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge