IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-762C

(Filed: December 18, 2007)

PRECISION LIFT, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court will hold a telephonic status conference on January 18, 2008, at 10:00 a.m. The court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge