**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PRECISION LIFT, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-762C** |
| **v.** | ) | **(Judge Charles F. Lettow)** |
| | ) | |
| **UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**
**PURSUANT TO RULE 41(a)**

Plaintiff, Precision Lift, Inc. hereby discontinues the above-captioned action and dismisses the complaint without prejudice.

Respectfully submitted,

/s/ Marc Lamer
**MARC LAMER**
**Attorney for Plaintiff**